# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

BONNIE J. ORR and RUFUS D. ORR, )
)
                Plaintiff, )
)
   vs. )
)    **C05-1610 JPD**
)
CITY of SEATTLE, )
)
                Defendant. )    **MINUTE ORDER**

    The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

    The parties have filed a stipulated motion to extend the deadline for disclosure of expert witness testimony from January 6, 2006, to April 15, 2006 (dkt #11).  Having considered the motion and the balance of the record, the Court GRANTS the parties' motion.  The deadline for disclosure of expert witness testimony under Federal Rules of Civil Procedure 16(a)(2) shall be extended to April 15, 2006.  All other deadlines set by the Court, including deadlines for discovery, dispositive motions, and trial, shall remain in effect.  No further changes to the schedule will be granted without a showing of good cause.

    Dated this 5th day of January , 2006

    /S/ PETER H. VOELKER
    Deputy Clerk

**MINUTE ORDER**