# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| BONNIE J. ORR and RUFUS D. ORR, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF SEATTLE, ) <br> ) <br> Defendant. ) | **C05-1610 JPD** <br><br> **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiffs' Motion for a Continuance (dkt #19) is hereby noted for Tuesday, March 14, 2006. Should defendant City of Seattle wish to respond to the motion, the response shall be filed no later than noon, Monday, March 13, 2006.

Dated this 7th day of March , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**